UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO,<br><br>                Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | Case No. C12-68-JLR-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff, proceeding pro se, filed a complaint that appeared to seek review of a decision of the Commissioner of Social Security. Dkt. 1. The Court reviewed plaintiff's complaint and found that it was deficient. The Court therefore declined to arrange for service of the complaint and directed plaintiff to file an amended complaint no later than February 29, 2011. Dkt. 2. To date, plaintiff has not filed an amended complaint or otherwise responded to the Court's previous order. Accordingly, the Court recommends that this action be **DISMISSED** without prejudice for failure to prosecute.

A proposed order accompanies this Report and Recommendation. Objections, if any, to this Report and Recommendation must be filed and served no later than **March 23, 2012.** If no objections are filed, the matter will be ready for the Court's consideration on **March 30, 2012**.

REPORT AND RECOMMENDATION - 1

Objections shall not exceed twelve pages. The failure to timely object may affect the right to appeal.

DATED this 2nd day of February, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2