FILED ___ ENTERED
LODGED ___ RECEIVED

APR 2 - 2012

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | Case No. C12-68-JLR<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This action is **DISMISSED** without prejudice for failure to prosecute; and

    (3)    The Clerk shall send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 2ND day of April, 2012.

JAMES L. ROBART
United States District Judge

12-CV-00068-ORD

ORDER OF DISMISSAL - 1